# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX UPSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>TRIDENT ASSET<br>MANAGEMENT, LLC<br><br>Defendant. | CASE NO.  2:16-CV-05870-PA-FFM<br><br>**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff ALEX UPSHAW and Defendant TRIDENT ASSET MANAGEMENT, LLC to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Stipulation between the parties, the Court orders as follows.  That the above-entitled lawsuit is hereby dismissed, with prejudice, Pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED**

DATED:  March 30, 2017

_____
Percy Anderson
United States District Judge

{00064216;1}

PROPOSED ORDER
Case No. 2:16-CV-05870-PA-FFM